NUMBER 13-06-658-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


BILLY RAY HANDSELL, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_______________________________________________________


On appeal from the County Court at Law


of Aransas County, Texas.


_______________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam



 Appellant, BILLY RAY HANDSELL, perfected an appeal from a judgment entered
by the County Court at Law of Aransas County, Texas, in cause number 21498. 
Appellant has filed a motion to dismiss the appeal. The motion complies with Tex. R.
App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and 

filed this the 26th day of July, 2007.